Application granted. The conference previously scheduled for December 6, 2024 is hereby adjourned to January 17, 2025 at 1:00 p.m. The conference will be held by telephone using the following dial-in information: Call-in Number: (855) 244-8681; Meeting ID: 23055424735. This conference line is open to the public.

SO ORDERED.

Hon. Ronnie Abrams
December 4, 2024

COUNSELORS AT LAW
2125 CENTER AVENUE, SUITE 100
FORT LEE, NEW JERSEY 07024
Tel: (201)292-0150
FAX: (201)292-0152

RONALD RAAB
IRA A. STURM****

MAURA E. BREEN***
SAMUEL R. BLOOM*****

* ADMITTED IN NY
** ADMITTED IN NY AND NJ
*** ADMITTED IN NY AND CT
**** ADMITTED IN NY AND FLA
***** ADMITTED IN NY, NJ AND MD

December 3, 2024

**VIA ECF**
Hon. Ronnie Abrams, U.S.D.J.
Southern District of New York
40 Foley Square, Courtroom 1506
New York, New York 10007

      Re:    **Manny Pastreich, as Trustee, et al. v. CSI Corporation of DC**
              **Civil Action No. 24-cv-6648**

Dear Judge Abrams:

      Our firm represents Manny Pastreich as Trustee, and the Trustees of the Building Service 32BJ Health Fund and Building Service 32BJ Supplemental Retirement and Savings Plan (collectively the "Funds"), the Plaintiffs in this matter. Presently, a Conference is scheduled for this case before Your Honor on December 6, 2024 at 12:30 pm. See ECF Document 7. The Funds ask that the Conference be adjourned to a date after the deadline to serve Defendant CSI Corporation of DC ("Defendant"), January 5, 2025. This is the first request for an adjournment.

      To date, the Funds have been unable to serve Defendant. The Funds delivered the necessary paperwork to the District of Columbia entity responsible for effectuating service through D.C., as Defendants' listed principal place of business is inaccurate. To date, we have not received a response from D.C. The Funds continue to pursue alternative means of service. Namely, the Funds, today, dispatched a process server to another address which Defendant represents is active.

      In light of the above, the Funds ask that the Conference be adjourned past January 5, 2025. This would allow the Funds to move for Default Judgment should Defendant be served and not appear, which would negate the need for the Conference. Alternatively, Defendant would have an opportunity to appear at the Conference after it has been served.

                                                                 Respectfully submitted,
                                                                 Samuel R. Bloom