UNITED STATES DISTRICT COURT
SOUTHERN DISTRICT OF NEW YORK

MANNY PASTREICH, as trustee, and THE TRUSTEES OF THE BUILDING SERVICE 32BJ HEALTH FUND AND BUILDING SERVICE 32BJ SUPPLEMENTAL RETIREMENT AND SAVINGS PLAN,

    Plaintiffs,

v.

CSI CORPORATION OF DC,

    Defendant.

No. 24-CV-6648 (RA)

ORDER

RONNIE ABRAMS, United States District Judge:

  An initial conference was previously scheduled in this matter for January 17, 2025. Due to a scheduling conflict, the conference is hereby rescheduled to January 16, 2025 at 2:30 p.m. Unless the parties request otherwise, the conference will be held by phone. Call-in Number: (855) 244-8681; Meeting ID: 23055424735.

  All other deadlines set forth in the Court's September 6, 2024 Order (ECF No. 5) remain the same. Plaintiffs are ordered to serve Defendant with a copy of this order and to file an affidavit on ECF certifying that such service has been effectuated.

SO ORDERED.

Dated: January 3, 2025
    New York, New York

                _____
                Ronnie Abrams
                United States District Judge