# RAAB, STURM & GANCHROW, LLP
COUNSELORS AT LAW
2125 CENTER AVENUE, SUITE 100
FORT LEE, NEW JERSEY 07024
Tel: (201)292-0150
Fax: (201)292-0152

RONALD RAAB*  
IRA A. STURM****  
ARI D. GANCHROW**  

MAURA E. BREEN***  
SAMUEL R. BLOOM*****

\* ADMITTED IN NY  
\*\* ADMITTED IN NY AND NJ  
\*\*\* ADMITTED IN NY AND CT  
\*\*\*\* ADMITTED IN NY AND FLA  
\*\*\*\*\* ADMITTED IN NY, NJ AND MD

January 15, 2025

**VIA ECF ELECTRONIC FILING**
Hon. Ronnie Abrams, U.S.D.J.
Thurgood Marshall United States Courthouse
40 Foley Square, Courtroom 1506
New York, New York 10007

      Re:    **Manny Pastreich, as Trustee, et al. v. CSI Corporation of DC**
              **<u>Civil Action No. 24-cv-6648</u>**

Dear Judge Abrams:

      Our firm is counsel for the respective Plaintiffs in this matter. Presently, an Initial Conference this matter has been scheduled for **January 16, 2025 at 2:30 pm.** The Plaintiffs ask that this Conference be adjourned *sine die*.

      Defendant CSI Corporation of DC ("Defendant") was served with the Complaint in this matter on December 16, 2024. See ECF Document 10. Despite the deadline to answer or otherwise move of January 6, 2025, Defendant has not appeared in this action. Thus, the Funds will imminently file for a Clerk's Certificate of Default, and upon issuance a Motion for Default Judgment. The Funds commit to file all necessary paperwork no later than January 31, 2025.

      In light of the above, the Funds ask that the Conference be adjourned *sine die*.

      Thank you for your attention to this matter. If you have any questions or concerns, please do not hesitate to contact the undersigned.

                                                            Respectfully submitted,

Application granted.

                                                            Samuel R. Bloom

SO ORDERED.

*/s/ Ronnie Abrams*

Hon. Ronnie Abrams
January 16, 2025