UNITED STATES DISTRICT COURT
SOUTHERN DISTRICT OF NEW YORK

---

MANNY PASTREICH, as trustee, and THE TRUSTEES OF THE BUILDING SERVICE 32BJ HEALTH FUND AND BUILDING SERVICE 32BJ SUPPLEMENTAL RETIREMENT AND SAVINGS PLAN,

        Plaintiffs,

v.

CSI CORPORATION OF DC,

        Defendant.

24-CV-6648 (RA)

ORDER

---

RONNIE ABRAMS, United States District Judge:

    Plaintiffs commenced this action on September 3, 2024. Defendant was served on December 16, 2024, and thus its answer was due on January 6, 2025. Defendant did not timely respond to the complaint and has not appeared in this action. Accordingly, on January 15, 2025, Plaintiffs represented to the Court that they would file a motion for default judgment no later than January 31, 2025. The Clerk of Court issued a Certificate of Default on January 16, 2025. To date, no motion for default judgment has been filed.

    Plaintiffs shall file a motion for default judgment no later than February 21, 2025. Failure to do so may result in dismissal of this action pursuant to Federal Rule of Civil Procedure 41(b).

SO ORDERED.

Dated:    February 11, 2025
           New York, New York

                                                          Ronnie Abrams
                                                          United States District Judge