UNITED STATES DISTRICT COURT
SOUTHERN DISTRICT OF NEW YORK
------------------------------------------------------------------------X
MANNY PASTREICH, AS TRUSTEE, AND THE TRUSTEES
OF THE BUILDING SERVICE 32BJ HEALTH FUND AND          24-cv-6648
BUILDING SERVICE 32BJ SUPPLEMENTAL RETIREMENT
AND SAVINGS PLAN,

                                                            Plaintiffs,        **DEFAULT JUDGMENT**

-v-

CSI CORPORATION OF DC,
                                              Defendant.
------------------------------------------------------------------------X

On application for Default Judgment by Manny Pastreich, as Trustee, and the Trustees of the Building Service 32BJ Health Fund and Building Service 32BJ Supplemental Retirement and Savings Plan, brought on by Order to Show Cause, issued by the Honorable Ronnie Abrams, United States District Judge, with the Show Cause hearing having been held, and Defendant CSI Corporation of DC, having been duly noticed of the proceeding and the Defendant having not appeared in opposition to the Order to Show Cause, and the Court having found default judgment to be appropriate:

**IT IS HEREBY ADJUDGED** that Plaintiffs Manny Pastreich, as Trustee, and the Trustees of the Building Service 32BJ Health Fund and Building Service 32BJ Supplemental Retirement and Savings Plan, having their principal place of business at 25 West 18th St., New York, New York 10011, do recover of CSI Corporation of DC, having their last known address at 8555 16th St., Suite 805, Silver Spring, MD 20910,

(1) the sum of $52,730.81 in principal; $2,454.21 in interest, and $10,546.16 in liquidated damages, for a total judgment of **$65,731.18**, plus interest at the statutory rate in effect on the date of judgment, and

(2) immediate upload, in the Funds' Employer Self-Service System ("ESS") all outstanding remittance reports and, upon upload, prompt payment of the associated principal, interest, and liquidated damages,

and that Plaintiffs have judgment therefor.

Dated:  April 11, 2025          By:_____
                                    Hon. Ronnie Abrams, U.S.D.J.